

FILED
JUN 30 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR2177-IEG |
| Plaintiff, ) | |
| ) | **I N F O R M A T I O N** |
| v. ) | |
| JUAN JOSE COVARRUBIAS-PONCE = T/N ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); |
| CARLOS CASTANEDA-MARTINEZ, ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony) |
| Defendant. ) | |

The United States Attorney charges:

### Count 1

On or about __12/1997__, within the Southern District of California, defendant CARLOS CASTANEDA-MARTINEZ, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//
//
//

JPME:lg:San Diego
6/17/08

<u>Count 2</u>

On or about June 4, 2008, within the Southern District of California, defendant CARLOS CASTANEDA-MARTINEZ, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: June 30, 2008.

KAREN P. HEWITT
United States Attorney

*[signature] For*

JAMES P. MELENDRES
Assistant U.S. Attorney