AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA



FILED
JUN 30 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|

v.

~~CARLOS CASTANEDA-MARTINEZ~~ *Juan Jose Covarrubias-Ponce*  CASE NUMBER: 08CR2177-IEG

I, *Juan Jose Covarrubias-Ponce* ~~CARLOS CASTANEDA-MARTINEZ~~, the above named defendant, who is accused of committing the following offense:

   Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___6/30/08___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

JUAN COVARRUBIAS
X CARLOS CASTANEDA
Defendant

_____ 6/30/08
Counsel for Defendant

Before _____
       Judicial Officer